1  **MARTIN & BONTRAGER, APC**
   G. Thomas Martin, III (SBN 218456)
2  Nicholas J. Bontrager (SBN 252114)
3  6464 W. Sunset Blvd., Ste. 960
   Los Angeles, CA 90028
4  T: (323) 940-1700
5  F: (323) 238-8095
   Tom@mblawapc.com
6  Nick@mblawapc.com
7
8  Attorneys for Plaintiff
   JOHN KRISTENSEN
9
10
11                  **UNITED STATES DISTRICT COURT**
                    **CENTRAL DISTRICT OF CALIFORNIA**
12
13
14 | JOHN KRISTENSEN, Individually and ) | Case No. 2:15-cv-04574-CBM-PJW |
   | On Behalf of All Others Similarly  ) | |
15 | Situated,                          ) | **NOTICE OF VOLUNTARY** |
   |                                    ) | **DISMISSAL** |
16 | Plaintiff,                         ) | |
17 |                                    ) | **[Fed. R. Civ. P. 41(a)(1)(A)(i)]** |
18 |     vs.                            ) | |
   |                                    ) | |
19 | LCF GROUP, LLC,                    ) | |
20 |                                    ) | |
   | Defendant.                         ) | |
21 |                                    ) | |
22 |                                    ) | |
23 |                                    ) | |
   |                                    ) | |
24

25 ///

26 ///
27
   ///
28

---
**NOTICE OF DISMISSAL**
-1-

NOW COMES Plaintiff, JOHN KRISTENSEN ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses his individual claims *with* prejudice and the putative class claims *without* prejudice. Plaintiff respectfully requests that this Honorable Court retain jurisdiction of the matter solely for purposes of settlement in the event Defendant fails to fully consummate its settlement obligations per the agreement of the parties.

Date: January 5, 2016            **MARTIN & BONTRAGER, APC**

By:*/s/ Nicholas J. Bontrager*
Nicholas J. Bontrager
Attorneys for Plaintiff