UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 15-4574-CBM(PJWx)** | Date JANUARY 7, 2016 |

Title  JOHN KRISTENSEN v. LCF GROUP, LLC

Present: The Honorable  CONSUELO B. MARSHALL,  UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS)**   **ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed November 30, 2015 and the Notice of voluntary dismissal filed on January 5, 2016, this action is now closed.  If defendants fail to fully consummate its settlement obligations per the agreement of the parties, plaintiff may file a motion to reopen if settlement has not been consummated.

IT IS SO ORDERED.

CC: all parties.

CV-90                       **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk YS